UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELIKA E. HOEFCHEN,<br>　　　　Plaintiff(s),<br>　v.<br>TARGET CORPORATION, and DOES 1-10,inclusive,<br>　　　　Defendant(s). | No.　C10-00272 BZ<br><br>**ORDER REMANDING CASE** |

Pursuant to the parties agreement to the Stipulation To Limit Damages (Docket No. 4), this case is remanded to the Superior Court of San Mateo County and the clerk is **ORDERED** to **TRANSFER** the case to the Superior Court for all further proceedings.

Dated: February 23, 2010

　　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\HOEFCHEN REMAND ORDER.wpd

1