UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANGELIKA E. HOEFCHEN, | ) | |
| | ) | No.  C10-00272 BZ |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | **ORDER REMANDING CASE** |
| | ) | |
| TARGET CORPORATION, and DOES 1-10,inclusive, | ) ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |
| | ) | |

Pursuant to the parties agreement to the Stipulation To Limit Damages (Docket No. 4), this case is remanded to the Superior Court of San Mateo County and the clerk is **ORDERED** to **TRANSFER** the case to the Superior Court for all further proceedings.

Dated: February 23, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\HOEFCHEN REMAND ORDER.wpd

1